1508

## RECONSIDERATION OF PRIOR DECISIONS

**00-1572.   Wallace v. Balint.**
Cuyahoga App. No. 75953. Reported at 94 Ohio St.3d 182, 761 N.E.2d 598. On motion for reconsideration. Motion denied.
  RESNICK, J., dissents.
  F.E. SWEENEY, J., not participating.

**01-1394.   State ex rel. Howard v. Seaway Foodtown, Inc.**
Franklin App. No. 00AP–1097. Reported at 94 Ohio St.3d 171, 761 N.E.2d 37. On motion for reconsideration. Motion denied.

**01-1424.   State ex rel. Akbar–El v. Cuyahoga Cty. Court of Common Pleas.**
Cuyahoga App. No. 79692. Reported at 94 Ohio St.3d 210, 761 N.E.2d 624. On motion for reconsideration. Motion denied.

**01-1576.   Disciplinary Counsel v. Longo.**
Reported at 94 Ohio St.3d 219, 761 N.E.2d 1042. On motion for reconsideration. Motion denied.
  F.E. SWEENEY, J., dissents.

**01-1579.   Cleveland Bar Assn. v. Johnson.**
Reported at 94 Ohio St.3d 220, 761 N.E.2d 1043. On motion for reconsideration. Motion denied.

**01-2007.   Alexander v. Urban Communications Television, Inc.**
Montgomery App. No. 18696. Reported at 94 Ohio St.3d 1452, 762 N.E.2d 370. On motion for reconsideration. Motion denied.

**01-2018.   State v. Reed.**
Clark App. No. 01CA0028. Reported at 94 Ohio St.3d 1452, 762 N.E.2d 370. On motion for reconsideration. Motion denied.